# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1251. SANDERWALA, LLC v. DOUGLAS A. BILES.

Sanderwala, LLC filed a notice of appeal on September 28, 2021 from orders entered August 30, 2021 and September 22, 2021. In January 2022, Douglas A. Biles filed a motion in the trial court to dismiss the appeal based on Sanderwala's alleged delay in paying the appeal costs. See OCGA § 5-6-48 (c). On March 2, 2022, the trial court entered an order granting Biles's motion and dismissing the appeal. On April 4, 2022, however, this Court mistakenly docketed this appeal (Case No. A22A1251).

After the trial court dismissed the appeal, Sanderwala filed several "Amended" notices of appeal, seeking to appeal the prior orders and the order dismissing the appeal. We have docketed these notices of appeal under a new appellate case number, Case Number A22A1371.

Because Case Number A22A1251 was docketed in error, this case is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/21/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.